Cowan, Appellant, vs. Beans and another, Respondents.

*December 10, 1913—January 13, 1914.*

*Appeal from county court: "Person aggrieved:" Proponent of will.*

1. The proponent of a will, who is named as executor therein, is a "person aggrieved" by a judgment of the county court refusing probate to the will, and hence, under sec. 4031, Stats., may appeal from such judgment.
2. Such a person, if he in good faith believes that the will has been wrongfully denied probate by the county court, should appeal from the decision.

Appeal from an order of the circuit court for Winnebago county: Geo. W. Burnell, Circuit Judge. *Reversed.*

For the appellant there was a brief by *Carter & Pedrick*, and oral argument by *S. M. Pedrick*.

For the respondents the cause was submitted on the brief of *John W. Hume* and *Silas Bullard*.

Winslow, C. J.   In this case it is held that the proponent of a will, who is named as executor therein, is a "person aggrieved" by a judgment of the county court refusing probate to the will, and hence may appeal from such judgment under the provisions of sec. 4031, Stats. 1911.

Such a person is the representative of the testator and is charged with the duty of seeing that the will is probated and its provisions carried into effect.   Public policy also requires that a legally executed will be probated, and the person named as executor has a public as well as a private duty to perform.   If he in good faith believes that the will has been wrongfully denied probate by the county court, he should appeal from the decision.   *Burmeister v. Gust*, 117 Minn. 247, 135 N. W. 980; *Cheever v. Washtenaw Circuit Judge*, 45 Mich. 6, 7 N. W. 186; *Will of Dardis*, 135 Wis. 457, 115 N. W. 332.

*By the Court.*—Order reversed, and action remanded for further proceedings according to law.